IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD I. WATSON, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MARK SCHWEIKER, et al. | : | NO. 02-4742 |

### ORDER

AND NOW, this _____ day of August, 2002, it appearing that petitioner has filed a petition for Habeas Corpus under 28 U.S.C. §2254, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner did not request leave to proceed in forma pauperis, and

it further appearing that on July 15, 2002, this court Ordered petitioner, among other things, to correct this defect regarding the fee within thirty days, or else this civil action would be dismissed, and

it further appearing that petitioner has not replied to the above-referenced Order, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
JOHN R. PADOVA, J.